Dismissed and Opinion Filed November 29, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00193-CV

## MARVIN J. MCLEMORE, LYDIA L. MCLEMORE AND ALL OCCUPANTS OF 1225 HIGH BLUFF DRIVE, DESOTO, TEXAS 75115, Appellants

## V.

## FEDERAL NATIONAL MORTGAGE ASSOCATION AKA FANNIE MAE, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-08790-E**

## MEMORANDUM OPINION

Before Justices Bridges, O'Neill, and Murphy
Opinion by Justice O'Neill

By letter dated July 24, 2012, the Court notified appellants that Stephen Tiemann, who is listed as their attorney, resigned from the practice of law effective May 25, 2012. We informed appellants that Mr. Tiemann could no longer represent them and directed them to notify the Court, within thirty days, of the name and State Bar information regarding new counsel. We informed appellants that if we did not receive information regarding new counsel, we would presume they were representing themselves in the appeal. We also directed appellants to file their brief within sixty days and warned that failure to do so would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a), 42.3(c). The letter was sent to appellants' last known

mailing address and was not returned to the Court undelivered. To date, appellants have not provided information regarding new counsel or filed their brief, nor have they communicated with the Court regarding the appeal.

Accordingly, we dismiss the appeal.



MICHAEL J. O'NEILL
JUSTICE

120193F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARVIN J. MCLEMORE, LYDIA L.
MCLEMORE AND ALL OCCUPANTS
OF 1225 HIGH BLUFF DRIVE,
DESOTO, TEXAS 75115, Appellants

No. 05-12-00193-CV     V.

FEDERAL NATIONAL MORTGAGE
ASSOCATION A/K/A FANNIE MAE,
Appellee

Appeal from the County Court at Law No.
5 of Dallas County, Texas (Trial Court No.
CC-11-08790-E).
Opinion delivered by Justice O'Neill,
Justices Bridges and Murphy.

Based on the Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that appellee Federal National Mortgage Association a/k/a Fannie Mae recover its costs of the appeal, if any, from appellants Marvin J. Mclemore, Lydia L. Mclemore and All Occupants of 1225 High Bluff Drive, Desoto, Texas 75115.

Judgment entered November 29, 2012.

_____
MICHAEL J. O'NEILL
JUSTICE